**Thomas M. RIVES, Superintendent Washington Asylum and Jail, Appellant, v. George DODSON, Appellee.**

No. 6225.

United States Court of Appeals for the District of Columbia.

Argued Oct. 2, 1934.

Decided Nov. 5, 1934.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

HITZ, Associate Justice.

This appeal relates to an order of the Supreme court of the District in a habeas corpus proceeding discharging appellee, Dodson, who had been sentenced and committed to jail on June 30, 1933, for violation of the National Prohibition Act (27 USCA), and involves the same question decided this day in No. 6207, Rives v. O'Hearne, 64 App. D. C. 48, 73 F.(2d) 984. For the reasons therein stated, the order discharging appellee is reversed.

Reversed.